THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK GENTILE, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People v. Gentile,* 217 App. Div. 754, affirmed.

(Argued October 14, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1926, which affirmed a judgment of a Trial Term for the county of Kings rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*John B. Johnston* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.